TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLLEEN JOAN ECKHARDT, | ) |
| Plaintiff, | ) Case No.: 2:25-cv-02553-GMN-EJY |
| v. | ) **ORDER GRANTING STIPULATION** |
| | ) **TO VOLUNTARY REMAND** |
| FRANK BISIGNANO, | ) **PURSUANT TO SENTENCE FOUR OF** |
| Commissioner of Social Security, | ) **42 U.S.C. § 405(g) AND TO ENTRY OF** |
| | ) **JUDGMENT FOR PLAINTIFF** |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Commissioner will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary and offer Plaintiff the opportunity for a hearing.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: April 10, 2026        Respectfully submitted,

CHERMOL & FISHMAN LLC

*/s/ David Chermol*
DAVID CHERMOL
(*as authorized via email on April 10, 2026)
Attorney for Plaintiff

Dated: April 10, 2026        Respectfully submitted,

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

**DATED** this __14__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 6401 Security Boulevard, Baltimore, Maryland 21235.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

David Chermol
Chermol & Fishman LLC
11450 Bustleton Ave
Philadelphia, PA 19116
215-990-8419
Email: fdc@ssihelp.us

Michaela Wood
Fair Fee Injury Attorneys
1489 W. Warm Springs Road
Henderson, NV 89014
702-582-6362
Email: michaela@fairfeeinjuryattorneys.com

Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2026

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

3